STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. OTTO ALTENBURG AND ALTENBURG PIANO HOUSE, INC., A NEW JERSEY CORPORATION, DEFENDANT-RESPONDENT.

Argued November 29, 1988—Decided December 29, 1988.

*J. Grall Robinson,* Deputy Atty. Gen., for plaintiff-appellant (*Cary Edwards,* Atty. Gen., attorney).

*Mark F. Hughes, Jr.,* for defendant-respondent (*Robinson, Wayne, Riccio & LaSala,* attorneys).

PER CURIAM.

The judgment of the Appellate Division is affirmed, substantially for the reasons expressed in the opinion of the Appellate Division, reported at 223 *N.J.Super.* 289 (1988).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and GARY S. STEIN—7.

*Opposed*—None.